IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANNA R. BLANKENSHIP AS ADMINISTRATRIX OF THE ESTATE OF ABBAGAYLE GRACE BLANKENSHIP, DECEASED AND DANNA R. BLANKENSHIP IN HER OWN RIGHT,<br>Plaintiff<br><br>v.<br><br>GRACO CHILDREN'S PRODUCTS, INC., et al.<br>Defendants | CIVIL ACTION<br><br>No. 11- 04153 |

ORDER

**AND NOW**, this 6th day of October, 2011, upon consideration of the Defendant's Motion to Transfer Venue (Doc. #3), and Plaintiff's Response thereto (Doc. #15) it is **HEREBY ORDERED** that:

1. Defendant's Motion to Transfer Venue is **GRANTED**;

2. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Western District of Virginia, along with a certified copy of the docket and all papers and the file in this matter;

3. The Clerk of Court is further directed to mark this case **CLOSED**.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.